AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| David Howell | ) Case No. 8:21-cr-218-CEH-AAS |
| | ) |
| Defendant | ) |

**ARREST WARRANT**

**SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Howell,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Assault in Aid of Racketeering Activity, in violation of 18 U.S.C. § 1959(a)(3);
Conspiracy to Commit Assault in Aid of Racketeering Activity, in violation of 18 U.S.C. § 1959(a)(6).

Date: 7/2/2021

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/2/2021, and the person was arrested on *(date)* 7/15/2021
at *(city and state)* Sebring, FL.

Date: 7/15/2021

ATF# 5848
*Arresting officer's signature*

Jason Wetherington, Special Agent
*Printed name and title*