UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-cr-218-WFJ-AAS

DARRIN TERRANOVA
_____/

**O R D E R**

This cause is before the Court on a Petition alleging the Defendant violated a condition of his pretrial release. For the reasons stated on the record at the March 18, 2022, hearing on the matter, the Court finds that the government has not met its burden relative to this alleged violation. As a result, it is hereby ORDERED that the Defendant shall be released by the United States Marshal Service on the same release conditions as previously imposed by the Court.

SO ORDERED in Tampa, Florida, this 18th day of March 2022.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record
Pretrial Services
United States Marshal