UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
Plaintiff

vs.  CASE NO. 8:21-Cr-218-CEH-AAS

DARRIN TERRANOVA,
Defendant
_____/

**UNOPPOSED  MOTION TO MODIFY CONDITION OF PRE-TRIAL RELEASE**

COMES NOW the Defendant, DARRIN TERRANOVA, by and through his undersigned counsel, and requests that this court allow for a modification of the Defendant's pre-trial release to allow for the electronic monitoring device be removed from his person and states as follows:

1. As a condition of the Defendant's pre-trial release the Defendant has been subject to electronic monitoring until further order of this Court

2. The Defendant suffers from Stage 4 Leukemia.  The Government has agreed that the electronic monitoring device can be removed now that the Defendant has pled guilty to Count Four of the Indictment (the only count the Defendant was charged in).  The Defendant pled guilty on June 6, 2022

3. The device has been a burden on the Defendant while suffering from his illness and with the many medical appointments he must attend.

4. The Defendant is not a risk of flight with his condition and prior history.  The maximum term of imprisonment the Defendant is facing is three (3) years and given the Defendant's circumstances and his role in the offense it is very possible the Defendant will not receive a sentence with any period of incarceration..

5.  Assistant United States Attorney Samantha Beckman agrees with this request..

WHEREFORE the Defendant respectfully requests that this court allow the Defendant to have the electronic monitoring device removed..

*s / Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE
RAY C. LOPEZ, P.A.
115 South Albany Avenue
Tampa, Florida 33602
(813) 221-4455
Florida Bar No.  870330
E-mail address:
RCLopezlaw@verizon.net
Attorney for the Defendant,
Darrin Terranova

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney.

*s / Ray C. Lopez*
RAY C. LOPEZ, ESQUIRE