AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Shawn Ruark | ) | Case No.    8:21-cr-218-WFJ-AAS |
| a/k/a "Nazi" | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Shawn Ruark a/k/a "Nazi"                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Assault in Aid of Racketeering, in violation of 18 U.S.C. §§ 1959(a)(3) and 2

Date:   3-2-23

_____
*Issuing officer's signature*

City and state:          Tampa, FL                              ELIZABETH WARREN, Clerk, United States District Court
                                                                        *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   3/2/2023  , and the person was arrested on *(date)*   5/2/2023 at *(city and state)* Charlotte, North Carolina . |
| Date:   5/2/2023              _____ *Arresting officer's signature* |
| MICHAEL CONNELL BUSM *Printed name and title* |